CHARLES B. BLEASBY, PLAINTIFF-PETITIONER, v. HAROLD J. JONES *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Milton T. Lasher* for the petitioner.

*Messrs. Morrison, Lloyd & Griggs* for the respondents.

February 15, 1960. Granted and cause remanded to the trial court for further proceedings.

ENRICO MASSENZ, PLAINTIFF-PETITIONER, v. DOMENICA MASSENZ, DEFENDANT-RESPONDENT.

*Mr. Joseph L. Freiman* for the petitioner.

*Mr. A. Michael Lepore* for the respondent.

February 15, 1960. Denied.